# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

v.                                 **No. 4:13-cr-66-DPM**

**SAMUEL VENTURA-FUENTES**                      **DEFENDANT**

## ORDER

Five months ago, this Court entered a Preliminary Order of Forfeiture ordering Ventura-Fuentes to forfeit his interest in one Hi-Point, Model C-9, 9 mm pistol, serial number 836704, and one CZ, Model VZOR 70, 7.65 mm pistol, serial number 709310. The Order provided that it would become final as to Ventura-Fuentes no later than sentencing and would become a final order of forfeiture if no third party filed a timely claim to the property. The Court will sentence Ventura-Fuentes in a few days. No one has filed a claim to the property. The Preliminary Order has therefore ripened into a Final Order of Forfeiture as to all persons. The Court confirms the United States' sole and clear title to the two pistols and authorizes the U.S. Marshal (or his designee) to dispose of the property according to law.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2013